

FILED
May 14 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ erikaf  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '19 CR1540 LAB |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Sec. 841(a)(1) – Possession of Methamphetamine with Intent to Distribute (Felony) |
| ROBERT MANZANO JR., | |
| Defendant. | |

The United States Attorney charges:

On or about April 16, 2019, within the Southern District of California, defendant, ROBERT MANZANO JR., did knowingly and intentionally possess, with intent to distribute, 500 grams and more, to wit: 46.45 kilograms (102.19 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: 5/14/19       .

ROBERT S. BREWER, JR.
United States Attorney

FV   STEPHEN H. WONG
Assistant U.S. Attorney

SW:kst:Imperial
4/30/19