UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:   19CR1540-LAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO MODIFY BOND CONDITIONS** |
| ROBERT MANZANO, JR., | |
| Defendant. | |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:**

That Mr. Manzano's unopposed motion to modify his pretrial release conditions to allow him to travel to Arizona as needed with approval from pretrial services is granted, effective August 8, 2019.

**IT IS FURTHER ORDERED** that all other conditions of release remain the same.

**IT IS SO ORDERED.**

Dated:   8/8/2019

_Larry A. Burns_
**HON. LARRY ALAN BURNS**
Chief United States District Judge